UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KALVIN D. WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> WOODLAND PARK CHICAGO, LLC, JONATHAN D. MICKELSON a/k/a JULIAN MICKELSON and LUKASZ KRISTEN a/k/a LUCAS KRIST. <br><br> Defendants. | Case No. 1:21-cv-01964 <br><br> Honorable Judge John Z. Lee |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON SERVED DEFENDANTS AND MOTION FOR SERVICE BY SPECIAL ORDER ON DEFENDANT EVADING SERVICE**

NOW comes KALVIN D. WILLIAMS ("Plaintiff"), by and through the undersigned counsel, respectfully bringing this Motion as follows:

1. On April 13, 2021, Plaintiff filed his Complaint seeking redress for alleged violations of the Title VII of the Civil Rights Act of 1964, 42 U.S.C §2000(e) et seq. and Section 1981 against Woodland Park Chicago, LLC ("Woodland Park"), Julian Mickelson ("Mickelson") and Lucas Krist ("Krist"). [Dkt. No. 1].

2. On May 7, 2021, Plaintiff e-mailed a Notice of Lawsuit and Request for Waiver of Service and upcoming court dates to Defendant Woodland Park's known attorney representative, Marvin Husby ("Husby"), who discussed the matter with Plaintiff's legal counsel prior to the litigation.

3. On May 8, 2021, Husby notified Plaintiff's counsel that "*Woodland park will not accept service on anyone else's behalf. Nor will it waive service of process*.". A copy of that e-mail is attached hereto as **Exhibit A**.

4. By May 14, 2021, Plaintiff delivered a Notice of Lawsuit and Request for Waiver of Service to Defendant Woodland Park's registered agent. [Dkt. No. 6].

5. After the filing of the Complaint, Plaintiff learned that he had incorrectly named Defendants, Mickelson and Krist, in his Complaint and asked this Court through a Motion for Leave to Amend to correct the Defendants' names. [Dkt. No. 10].

6. Plaintiff was granted leave to amend his Complaint, and Plaintiff filed a First Amended Complaint on June 23, 2021, to correctly name Defendants "Mickelson" and "Krist" in this matter. "). [Dkt. No. 12].

7. After attempting service on all three Defendants, it was discovered that the second named Defendant, Mickelson, is an identical looking twin as pictured below and that Mickelson's first name is "Julian", whereas his twin is "John", meaning the two are separate individuals:



Brothers Jon and Julian Mickelson, Chicago natives, saved for years before their 1984 investment in a River West loft building. Quickly discovering their passion was artistic in nature, Jon and Julian reconfigured functionally obsolete spaces into artist's lofts, incorporating exquisite landscapes. Serendipitously, they had met a passionate and hugely talented landscape designer, who continues to design and source all developments.

8. For the primary purpose of correcting Defendant Mickelson's name to identify the proper twin brother "Julian", Plaintiff asked this Court for leave to amend this complaint which was granted. [Dkt. 19, 20]

9. Plaintiff hired a process server to attempt service of process on Mickelson and whose agents have made numerous attempts to serve Mickelson at his home address.

10. Mickelson remains unserved as noted by the process server's service attempt notes below and attached as **Exhibit B– Service of Process Attempts to Defendant Mickelson**:

    a. **First attempt:** *"States is not sure when he will be home in the next 2 years."*

    b. **Second attempt:** *"I spoke to defendant via intercom. He identified himself and then proceeded to say that he has no intention in receiving his papers and that he has done this many times."*

    c. **Third attempt:** *"No answer on intercom."*

11. Based upon three unsuccessful attempts at service detailed above, most notably Mickelson's blatant dodging, in addition to Attorney Husby's failure to accept service or to return the Waiver of Service form, Plaintiff has determined that Defendant Mickelson is evading service.

12. Therefore, Plaintiff requests this Court permit service of process to Defendant Mickelson by alternative means of certified mailing copies of the Alias Summons, the Second Amended Complaint and this Court's Order permitting alternate service to Defendant Mickelson at his known home address: 11 E. Division St, Apt 3, Chicago, Illinois 60610-3478.

13. Additionally, although Defendant Woodland Park and Defendant Kristen have been served, and their responses were already due, no Defendants have filed a response to this lawsuit. [Dkt. No. 15, 16].

14. Based upon the silence of both Defendant Woodland Park and Defendant Kristen, it appears both intend to ignore this lawsuit, thus delaying Plaintiff in his pursuit of remedies.

15. Plaintiff's Motion is not brought for purposes of causing undue delay, nor is it the result of bad faith or other dilatory motive.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an order granting Plaintiff's Motion and to grant any other relief deem just and proper.

**Dated: October 12, 2021**　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Cynthia N. Pietrucha*

　　　　　　　　　　　　　　　　　　　　　Cynthia N. Pietrucha

　　　　　　　　　　　　　　　　　　　　　Pietrucha Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　　1717 N. Naper Blvd., Suite 200
　　　　　　　　　　　　　　　　　　　　　Naperville, Illinois 60563
　　　　　　　　　　　　　　　　　　　　　cpietrucha@pietruchalaw.com
　　　　　　　　　　　　　　　　　　　　　(630) 344-6370
　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 12, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

               */s/ Cynthia N. Pietrucha*